# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: <br><br> **Kamilah Simmons** <br><br> Debtor(s). | CHAPTER 13 <br><br> CASE NO.: 25-13511-djb <br><br> HEARING DATE: April 16, 2026 <br> TIME: 11:00am <br> LOCATION: Courtroom#2 |

**MOTION OF CARRINGTON MORTGAGE SERVICES LLC AS SERVICER FOR BARCLAYS BANK PLC, FOR RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(a) AND RELIEF FROM CO-DEBTOR STAY PROVISIONS OF 11 U.S.C. §1301 TO PERMIT MOVANT TO COMMENCE OR CONTINUE FORECLOSURE PROCEEDINGS ON 202 LINCOLN AVE, COLLINGDALE, PENNSYLVANIA 19023**

AND NOW COMES, Carrington Mortgage Services LLC as servicer for Barclays Bank PLC ("Movant"), by and through its attorneys, Hill Wallack LLP, and respectfully represents as follows:

1. This Motion (the "Motion") is filed by Movant for relief from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on real property located at 202 Lincoln Ave, Collingdale, Pennsylvania 19023 (the "Mortgaged Premises").

2. On or about May 7, 2013, Kamilah S Simmons ("Debtor") and Abram Simmons (non-filing "Co-Debtor") executed and delivered to JPMorgan Chase Bank, N.A.., a fixed rate Note ("Promissory Note") in the principal amount of $59,540.00.  A true and correct copy of the Promissory Note is attached hereto and made a part hereof as Exhibit "A."

3. To secure the obligations under the Promissory Note, Debtor and Co-Debtor granted JPMorgan Chase Bank, N.A.., its successors and assigns a valid, enforceable, and recorded

first lien and mortgage (the "Mortgage") on the Mortgaged Premises, which Mortgage was thereafter recorded in the Delaware County Recorder of Deeds Office on 05/29/2013 as Instrument #2013035412. A true and correct copy of the Mortgage is attached hereto and made a part hereof as Exhibit "B."

    4.    Movant is the current mortgagee by virtue of an Assignment of Mortgage. True and correct copies of the recorded Assignments of Mortgage are attached hereto and made a part hereof as Exhibit "C."

    5.    Debtor and Co-Debtor signed a loan modification agreement in or around 11/09/2024 with the prior servicer. A copy of the loan modification agreement is attached hereto and made a part hereof as Exhibit "D".

    6.    Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

    7.    On 09/03/2025, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

    8.    The Debtor in their Schedules filed on 10/15/25, states that the current value of the Mortgaged Premises is $178,600.00.

9. Movant filed its Proof of Claim on 11/12/2025 as Claim No. 24-1. The Proof of Claim evidences a total secured claim in the amount of $107,341.12 with pre-petition arrears due in the amount of $6,824.29.

10. As of March 11, 2026, the unpaid Principal Balance is $103,830.26, together with accrued interest, additional legal fees and costs and taxes due and payable on the Mortgaged Premises.

11. The Debtor in the Chapter 13 Plan states that the Debtor will make post-petition monthly payments directly to Movant.

12. As of March 11, 2026, the current monthly payment on the Mortgage is $1,413.98.

13. The Debtor is currently in arrears post-petition as of 03/11/2026 due to Debtor's failure to pay the post-petition payments due 11/1/2025 through 03/01/2026 in the amount of $1,413.98 each, for a total amount due of $7,069.90. A post-petition ledger is attached hereto and made apart hereof as Exhibit "E."

14. Consequently, Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (1) as the Debtor has defaulted on post-petition payments.

15. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

WHEREFORE, Carrington Mortgage Services LLC as servicer for Barclays Bank PLC respectfully requests that this Court enter an Order granting relief from the automatic stay provisions of 11 U.S.C. § 362(a) and granting relief from the co-debtor stay provisions of 11 U.S.C. § 1301 to allow Movant to proceed in its foreclosure of the Mortgaged Premises, to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises, and to allow Movant, or any other purchaser at the Sheriff's Sale, to take any legal action necessary to gain possession of the Mortgaged Premises.

> By:  /s/ Aleksandra Fugate
> Aleksandra Fugate, Esq.
> Hill Wallack LLP
> 261 Madison Avenue, 9th Floor
> New York, NY 10016
> Telephone: 929-295-7874
> Email: afugate@hillwallack.com