**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                        :
                                              :          Chapter 13
                                              :
        KAMILAH SIMMONS,                      :
                                              :
                                              :          Case No. 25-13511 (DJB)
                              Debtor.         :
-------------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S**
**OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE DEREK J BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Beatrice Hanford, Assistant City Solicitor, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed Chapter 13 plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1.      On September 3, 2025, the Debtor filed a voluntary petition for Chapter 13 Bankruptcy with this Court.

2.      On October 15, 2025, the Debtor filed a list of all real properties to which they claim ownership, which included the properties located at 6021 Upland Street, Philadelphia, PA 19142 and 6071 Upland Street, Philadelphia, PA 19142 (the "Subject Properties"). A copy of the Debtor's Schedule A/B is attached hereto as **Exhibit A**.

3.      The Debtor values the Subject Properties at One Hundred Seventy Thousand and Nine Hundred Dollars ($170,900.00). See **Exhibit A**.

4.      On March 2, 2026, the City filed secured claim amounting to One Hundred Ninety-Five Dollars ($195.00) for unpaid water repair charges owed by the Debtor to the City for the Subject Property (the "Water Repair Claim"). A copy of the Proof of Claim filed by the City is attached hereto as **Exhibit B**.

5.      On March 2, 2026, the City filed secured claim amounting to Thirty-One Thousand Four Hundred Eighty-Six Dollars and Twenty-Eight Cents ($31,486.28) for water usage owed by the Debtor to the City for the Subject Properties (the "Water/Sewer Claim"). A copy of the Proof of Claim filed by the City is attached hereto as **Exhibit C**.

6.      On October 15, 2025, the Debtor filed the Chapter 13 Plan (the "Plan"), which provides payment towards City water charges in the incorrect amount of One Thousand Three Hundred Dollars ($1,300.00).  A copy of the Debtor's Plan is attached hereto as **Exhibit D**.

7.      As neither the Debtor nor another party in interest has objected to the Water Repair Claim and Water/Sewer Claim, as they deemed allowed.  See 11 U.S.C. § 502(a).

8.      The Plan should not be confirmed as it fails to adequately specify the correct payment for the Water Repair Claim and Water/Sewer Claim. See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 16, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0501 (phone)
Email: Beatrice.Hanford@phila.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                    :
                                          :              Chapter 13
                                          :
                                          :
        KAMILAH SIMMONS,                   :
                                          :
                                          :              Case No. 25-13511 (DJB)
                              Debtor.      :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I, Beatrice Hanford hereby certify that on April 16, 2026, a copy of the Objection to the Purposed Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

<u>Via ECF Filing Notice:</u>

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| Office of the Chapter 13 Standing Trustee | Office of United States Trustee |
| KENNETH E. WEST | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West – Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

<u>Debtor's Counsel of Record:</u>
Brad J. Sadek, Esquire
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

<u>Via USPS Mail Delivery:</u>
Kamilah Simmons
202 Lincoln Avenue
Darby, PA 19023

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 16, 2026                    By: */s/ Beatrice Hanford*
                                         BEATRICE HANFORD
                                         Assistant City Solicitor
                                         PA Attorney I.D. 337091
                                         Attorney for the City of Philadelphia